JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEYA MORGAN, | ) | Case No. CV 19-9839 FMO (JPRx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| AVATAR PRESS, INC., et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 9th day of March, 2020.

                                              /s/
                                  Fernando M. Olguin
                                United States District Judge